

# NUMBERS 13-21-00470-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KENNETH LEE CHAVEZ,                                       **Appellant,**

**v.**

THE STATE OF TEXAS,                                       **Appellee.**

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

# ORDER OF ABATEMENT

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

This cause is before the Court on its own motion. On December 20, 2021, appellant attempted to perfect an appeal by filing a pro se notice of appeal. It is unclear which, if any, final judgment the appellant is attempting to appeal. On January 11, 2022, the Clerk of the Court sent appellant's counsel notice that it appears there is no final, appealable judgment. Appellant's counsel did not respond to the notice and the defect has not been

cured.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* Tex. R. App. P. 44.3 and 44.4. Accordingly, this appeal is abated and the cause remanded to the trial court. Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant wishes to pursue his appeal; (2) which final judgment or other order appellant is attempting to appeal; (3) whether appellant has effectively abandoned the appeal; (4) if counsel has abandoned the representation of appellant; (5) whether appellant's rights are adversely affected by a continued delay; (6) whether new counsel should be appointed; and (7) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal.

The trial court shall cause its finding and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
15th day of March, 2022.